JOHN DADE, RELATOR, v. THOMAS SMITH, RESPONDENT.

(No. 382, Tex. L. J., vol. 1, p. 268.)

Opinion by WINKLER, J.

§ 701. *Peremptory mandamus to compel clerk of court of appeals to issue mandate without payment of costs.* This is an original application by relator for a peremptory *mandamus* to compel respondent, as clerk of the court of appeals at Tyler, to issue a mandate in a certain case decided in this court on appeal from the county court of Franklin county, which mandate said clerk refuses to issue until his costs are paid. *Held*, the clerk of the court of appeals can withhold a mandate in a civil suit until (h ) costs are paid. And the fact that the party finally cast in the court of appeals had sued and prosecuted his case *in forma pauperis*, he not being the party complaining, does not alter the case.

March 9, 1878.              Application dismissed.